MCGILLIVRAY LAW
GIA MCGILLIVRAY, ESQ.
Nevada Bar No. 8182
8275 South Eastern Avenue, Suite 200
Las Vegas, Nevada  89123
Telephone:  (702) 406-9401
Facsimile:  (702) 478-6152
giamlaw@outlook.com
Counsel for Devontae Moten

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVONTAE MOTEN, aka "Vonte" ~~and SHAWN DEMORRIS CLAY~~,<br><br>Defendants. | Case No. 2:16-CR-0053-RFB<br><br>**ORDER ON MOTION FOR LEAVE TO OBTAIN A PRE-PLEA PRESENTENCE REPORT** |

Defendant Devontae Moten seeks leave for the preparation of a pre-plea presentence report for the limited purpose of determining Mr. Moten's criminal history to assist in finalizing the parties' plea negotiations.  The Government, through Assistant Unites States Attorney Brandon Jaroch, does not object to Mr. Moten's request.  The compilation of such a criminal history would serve the ends of justice and would not be unduly burdensome under the circumstances.

Accordingly, and for the foregoing reasons,

IT IS HEREBY ORDERED that Defendant Devontae Moten's Motion for a Pre-Plea Presentence Report for a determination of criminal history (ECF No. 46 ) is GRANTED.

IT IS FURTHER ORDERED that the United States Probation Office shall prepare and provide to counsel for Defendant Moten and the Government at the earliest practicable date a

Pre-Plea Presentence Investigation Report for the purpose of determining Defendant Moten's criminal history only.

**IT IS SO ORDERED.**

---
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**Dated** this ____31st____ day of August, 2016.