McGillivray Law
Gia McGillivray, Esq.
Nevada Bar No. 8182
8275 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 406-9401
Facsimile: (702) 478-6152
giamlaw@outlook.com
Counsel for Devontae Moten

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| UNITED STATES OF AMERICA, | Case No. 2:16-CR-0053-RFB |
|---|---|
| Plaintiff, | |
| v. | |
| DEVONTAE MOTEN, aka "Vonte," | |
| Defendant. | |

**STIPULATION TO CONTINUE SENTENCING**
(Second Request)

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden, United States Attorney, and Brandon C. Jaroch, Assistant United States Attorney, counsel for the United States of America, and Gia McGillivray, Esq., counsel for Devontae Moten, that the sentencing hearing currently scheduled for March 2, 2017, at the hour of 3:00 p.m. be vacated and continued to March 9, 2017, at the hour of 3:00 p.m.  The request for a continuance is based upon the following:

1. The additional time requested by this Stipulation to Continue Sentencing Hearing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule;"

2. The Parties currently have scheduling conflicts that interfere with the current sentencing

date;

3. The defendant Devontae Moten is in custody and does not oppose the continuance;

4. The Government has no objection to the requested continuance;

5. The additional time requested herein is not sought for the purpose of delay;

6. Denial of this request for a continuance could result in a miscarriage of justice; and

7. This is the second stipulation to continue sentencing in this case;

DATED this 23rd day of February, 2017.

 /s/ Gia McGillivray  
GIA MCGILLIVRAY, ESQ.  
Nevada Bar No. 8182  
8275 South Eastern Avenue, Suite 200  
Las Vegas, Nevada  89123  
Attorney for Devontae Moten  
giamlaw@outlook.com  

 /s/ Brandon Jaroch  
BRANDON C. JAROCH, ESQ.  
Assistant United States Attorney  
501 Las Vegas Boulevard South, Suite 1100  
Las Vegas, Nevada 89101  
Brandon.Jaroch@usdoj.gov

McGillivray Law
Gia McGillivray, Esq.
Nevada Bar No. 8182
8275 South Eastern Avenue, Suite 200
Las Vegas, Nevada  89123
Telephone:  (702) 406-9401
Facsimile:  (702) 478-6152
giamlaw@outlook.com
Counsel for Devontae Moten

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>DEVONTAE MOTEN, aka "Vonte,"<br>,<br><br>             Defendant. | Case No. 2:16-CR-0053-RFB<br><br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

**<u>FINDINGS OF FACT</u>**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The additional time requested by this Stipulation to Continue Sentencing Hearing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. The Parties currently have scheduling conflicts that interfere with the current sentencing date.

3. The defendant Devontae Moten is in custody and does not oppose the continuance.

4. The Government has no objection to the requested continuance.

5. The additional time requested herein is not sought for the purpose of delay.

6. Additionally, denial of this request for a continuance could result in a miscarriage of

justice.

7. This is the second stipulation to continue sentencing in this case.

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public in proceeding with the sentencing hearing as scheduled, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

## **ORDER**

IT IS THEREFORE ORDERED that the Sentencing date in this matter scheduled for March 2, 2017, be vacated and continued to the 9th day of March, 2017, at the hour of 3:00 p.m.

DATED this  23rd  day of  February           , 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2