UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DEVONTAE MOTEN,<br><br>  Defendant. | Case No. 2:16-cr-00053-RFB<br><br>**ORDER FOR PLACEMENT IN RESIDENTIAL RE-ENTRY CENTER** |

    On March 9, 2017 this Court held a sentencing and disposition hearing as to defendant Devontae Moten [ECF 63], "Mr. Moten". The Court sentenced Mr. Moten to 5 years of probation per count to run concurrent to one another. In addition to the other conditions noted at the hearing, the Court also imposed and documents here the imposition of the following conditions:

    1. <u>Reside in Residential Re-entry Center</u> - You shall reside at and participate in the program of a residential re-entry center for a period of up to twelve (12) months. The first six months of that period, you will be placed on home confinement.

    2. <u>Home Confinement with G.P.S. Monitoring</u> – You shall be confined to home confinement for a period of six months with G.P.S. locating monitoring, for a period of twelve months.

    All of these conditions are so ORDERED by the Court.

    DATED this <u>5th</u> day of April, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE