McGillivray Law
Gia McGillivray, Esq.
Nevada Bar No. 8182
8275 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 406-9401
Facsimile: (702) 478-6152
giamlaw@outlook.com
Counsel for Devontae Moten

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:16-CR-0053-RFB** |
| Plaintiff, | |
| v. | |
| DEVONTAE MOTEN, aka "Vonte," | |
| Defendant. | |

### STIPULATION TO CONTINUE HEARING RE REVOCATION OF SUPERVISED RELEASE
(First Request)

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden, United States Attorney, and Brandon C. Jaroch, Assistant United States Attorney, counsel for the United States of America, and Gia McGillivray, Esq., counsel for Devontae Moten, that the Hearing regarding Revocation of Supervised Release currently set for Monday, September 25, 2017 at 9:00 a.m., be vacated and continued to date not sooner than October 9, 2017. The request for a continuance is based upon the following:

1. Mr. Moten's United States Probation Officer, Branndon Phillips, is out of the jurisdiction. He is not scheduled to return until the first week of October. Mr. Moten would like for his Probation Officer to be present at the hearing. The additional time requested by this Stipulation would permit Mr. Phillips presence at the hearing and also provide Mr.

1

Phillips with time needed to investigate before the hearing any proposed placements for Mr. Moten.

2. The defendant Devontae Moten is in custody and does not oppose the continuance;

3. The Government has no objection to the requested continuance;

4. The additional time requested herein is not sought for the purpose of delay;

5. Denial of this request for a continuance could result in a miscarriage of justice; and

6. This is the first stipulation to continue this hearing.

DATED this 22nd day of September, 2017.

 /s/ Gia McGillivray  
GIA MCGILLIVRAY, ESQ.  
Nevada Bar No. 8182  
8275 South Eastern Avenue, Suite 200  
Las Vegas, Nevada 89123  
Attorney for Devontae Moten  
giamlaw@outlook.com

 /s/ Brandon Jaroch  
BRANDON C. JAROCH, ESQ.  
Assistant United States Attorney  
501 Las Vegas Boulevard South, Suite 1100  
Las Vegas, Nevada 89101  
Brandon.Jaroch@usdoj.gov

| | |
|---|---|
| 1 | McGillivray Law |
| 2 | Gia McGillivray, Esq.<br>Nevada Bar No. 8182 |
| 3 | 8275 South Eastern Avenue, Suite 200<br>Las Vegas, Nevada  89123 |
| 4 | Telephone:  (702) 406-9401<br>Facsimile:  (702) 478-6152 |
| 5 | giamlaw@outlook.com<br>Counsel for Devontae Moten |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVONTAE MOTEN, aka "Vonte,"<br>,<br><br>Defendant. | Case No. 2:16-CR-0053-RFB<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The additional time requested pursuant to the Stipulation to continue Hearing regarding Revocation of Supervised Release is reasonable pursuant to Fed.R.Crim.P. Rule 32.1(b)(2).

2. Mr. Moten's United States Probation Officer, Branndon Phillips, is out of the jurisdiction. He is not scheduled to return until the first week of October.  Mr. Moten would like for his Probation Officer to be present at the hearing.  The additional time requested would permit Mr. Phillips presence at the hearing and also provide Mr. Phillips with time needed to investigate before the hearing any proposed placements for Mr. Moten.

3. The defendant Devontae Moten is in custody and does not oppose the continuance.

4. The Government has no objection to the requested continuance.

5. The additional time requested herein is not sought for the purpose of delay.

6. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

7. This is the first stipulation to continue the Hearing regarding Revocation of Supervised Release.

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public in proceeding with the revocation hearing as scheduled, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would prevent Mr. Phillips' desired presence at the hearing, and would deny the defendant sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the revocation hearing, taking into account the exercise of due diligence.

## **ORDER**

IT IS THEREFORE ORDERED that the Hearing regarding Revocation of Supervised Release set in this matter for September 25, 2017, be vacated and continued to October 10, 2017 at 2:30 PM.

DATED this 22nd day of September, 2017.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE