RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Devontae Moten

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>DEVONTAE MOTEN,<br><br>　　　　　Defendant. | Case No. 2:16-cr-053-RFB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Devontae Moten, that the Revocation Hearing currently scheduled on August 13, 2019 at 11:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than September 3, 2019.

This Stipulation is entered into for the following reasons:

1. Defense counsel was only recently assigned to this case. In the past couple of days she has received discovery (including audio and video) pertaining to the alleged violation. Defense counsel needs time to review this evidence with Mr. Moten.

2. Defense counsel is out of the jurisdiction from August 8 -14th and therefore the earliest she can meet with him is the week of August 19th.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 12th day of August, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-053-RFB |
| Plaintiff, | **ORDER** |
| v. | |
| DEVONTAE MOTEN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, August 13, 2019 at 11:30 a.m., be vacated and continued to September 6, 2019 at the hour of 11:00 a.m.; or to a time and date convenient to the court.

DATED this 12th day of August, 2019.

RICHARD F. BOULWARE, II
UNITED STATES MAGISTRATE JUDGE