RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Devontae Moten

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVONTAE MOTEN,<br><br>Defendant. | Case No. 2:16-cr-053-RFB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Devontae Moten, that the Revocation Hearing currently scheduled on September 6, 2019 at 11:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Since the last requested continuance, defense counsel has met with Mr. Moten. She was able to review the paper discovery with Mr. Moten but not the audio and

video files. Additional time is required to come back to the jail and review these files with Mr. Moten.

2. Moreover, additional time is needed to review Probation's recommendation and offer with Mr. Moten and attempt to negotiate the pending matter. Defense counsel also requires additional time to conduct investigation into the new law violations.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 28th day of August, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEVONTAE MOTEN,<br><br>    Defendant. | Case No. 2:16-cr-053-RFB<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, September 6, 2019 at 11:00 a.m., be vacated and continued to October 24, 2019 at the hour of 11 : 15 a.m.; or to a time and date convenient to the court.

DATED this 29th day of August, 2019.

                                       RICHARD F. BOULWARE, II
                                       UNITED STATES DISTRICT JUDGE